# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MICHAEL J. ABATE
EVERETT T. ABBOTT
STEVE E. ALLEN
LARRY W. BAILEY
WILLIAM H. BAILEY
SHERYL L. BALL
PETER D. BANKS
PATRICIA L. BANNISTER
MARVIN E. BARNES
RICKY L. BARROW
SHIRLEY C. BENNETT
JOSE BIMBO
WARREN G. BISDORF
DONALD E. BLAKE
LOUIS V. BLANCATO
DANIEL D. BOCCABELLA, SR.
CAROLYN L. BOGGS
GERALD L. BOOKER
WILLIAM F. BRACEY
JOHN N. BRATSCH
GAIL A. BREVARD
LARRY L. BRILLHART
RAYMOND J. BRITTON
RENE A. BROWETT
ROY A. BROWN
PHYLLIS W. BURRELL
GILBERT I. BUSSEY
PAT A. BUZZEO
WALEY T. BYRD
LOUIS P. CANNON
WALTER J. CANTY
HUGH E. CAREW
CHARLES CARPENTER
EDWIN R. CASEY
DOMINICK J. CATALFANO
ROBERT S. CERMAK
CLAYTON G. CLARK, JR.
PHILLIP R. COX
BOBBY M. CRAIG
ROBERT N. CRIST
JOHN H. DALY
DAVID P. DAVIS

Civil Action No. _____

Case: 1:08-cv-01265
Assigned To : Kennedy, Henry H.
Assign. Date : 7/23/2008
Description: Labor-ERISA

DOUGLAS S. DAVIS
JIMMIE DAVIS
RICHARD B. DAVIS
RONALDO DE LOS ROYES
JOHN P. DEAN
ROBERT F. DEMILT
RAYMOND P. DIEGEL
JAMES A. DILLON
EDWARD L. DORY
SAMUEL C. DOYLE
BERNARD W. DRYDEN
KENNETH L. DUDDING
WILBERT L. DUNN
RAYMOND C. DYER
JOHN J. FARRELL
JOHN R. FINNELLE
GEORGE W. FISHER
WALTER J. FRANEK
ERNEST L. FRANK
WILLIAM D. FREEMAN
MARGUERITE FUNK
THOMAS P. FURMAN
BRIAN C. GAINES
ROBERT G. GANNON
VERNON G. GEHRIS
ANDREW J. GENUA
JOSPEH S. GOLDRING
RAYMON M. GONAZALES
DAVID H. GOULD
DANIEL J. GRACE
HERBERT G. GRANGER
MARK W. GREENFIELD
FRANCIS GREENWELL
JOSEPH H. GRIFFITH
GARY F. GRIMES
REGINA T. GROGAN
ALFRED S. HACK
CHARLES E. HAINES, JR.
MICHAEL E. HALPIN
WILLIAM L. HAMPTON
BRUCE HANSEN
JOHN F. HARDING
DONALD L. HARPER
DARRYL K. HARRISON
STANLEY W. HAWKINS
RICHARD A. HAYDEN

DEBRA J. HAYES
ROGER A. HEARRON
DARVIS CAROL HEATH, JR.
JOHN J. HICKEY, JR.
RONALD HILL
GLENETTE M. HILTON
LOUIS G. HOLLAND
MARTIN V. HOLLAND
JAMES C. HOLLOWAY, JR.
CURTIS E. HORTON
GREGG C. HUNT
TAZWELL V. HURST
DEAN A. HYDE
ROGER ISAAC, JR.
CALEB J. JACKSON
ALONZO A. JACOBS
MACARTHUR N. JAMES
DANIEL M. JEFFERS
ROMAINE A. JENKINS
WILLIAM E. JOHNSON
JAMES L. JONES, III
JULIA B. JONES
ROY G. JONES
JERRY KAIGLER
THOMAS KASCHAK
DONALD E. KAUFFMAN, JR.
JOHN B. KENDROCK, III
CHARLES D. KEYS
LORRAINE T. KITTRELL
MICHAEL W. KOLONICH
JOHN M. KYLE
PATRICK T. LANIGAN
RICHARD H. LAU
KEENE N. LEE
PAUL W. LEEPER
ROOSEVELT LEWIS, JR.
PATRICK J. LOGSDON
FRANK R. LONEY
GREGORY K. LUSBY
STEVEN MAIORCA
JACOB MAJOR
TIMOTHY H. MALONE, JR.
NICHOLAS M. MANTZOURIS
BERTRAM C. MARKS
ALLEN K. MARSHALL
WILLIAM D. MARTIN

MICHAEL S. MATTHEWS
ROBERT MATTHEWS
THOMAS F. MATTHEWS
KARL W. MATTIS
ALFRED MAYO
JOSEPH McCANN
KEVIN McCARTHY
ALBERT W. MCDOWELL
WILLIAM F. McGILL
FRANCIS P. McLAUGHLIN
GERARD M. McSORLEY
ANDREW P. MERRANKO, JR.
STEPHEN M. MICCICHE
PHILIP H. MICHAELS, JR.
BENJAMIN C. MILLER
CHARLES E. MILLER, III
GEORGE M. MILLER
WILLIAM R. MILLER
WILLIAM MISKOVIC
THOMAS MONAHAN
CHARLIE MOORE
JAY A. MOORE
LOUIS T. MOORE
KENNETH V. MORELAND
FRANCIS X. MORGAN
ANTHONY J. MORRIS
RAYMOND P. MORRISON, JR.
QUINNIE MOSLEY
JULIA A. MYERS
BERNARD J. MYLES
ALLEN C. NEFF
DONALD R. NICHOLS
WILLIAM C. NOVINSKI, JR.
JOHN J. O'CONNOR
BOBBY J. PARKER
LLOYD PARKER
HUGHEY PAYNE, JR.
EDITH RENEE PIERCE
JOSEPH N. PLATT
ZELFORD C. PLATT, SR.
ROBERTA A. POGGI
TYRONE W. POOLE
BERNARD N. PRICE
SONYA T. PROCTOR
TPBERT L PROUT, JR.
WAYNE B. QUICK

JAMES H. QUIGLEY
JEROME P. RADFORD
EVELYN N. RANDALL
CLYDE E. RICE
ALLEN F. RICHARDS
DAVID N.RICHARDSON
WILLIAM C. ROLLINS
VINCENT ROMANO
ANTHONY W. RUSS
CHARLES E. SAMARRA
JOSEPH P. SATTERFIELD
EARL J. SCHMITT, JR.
AUDREY L. SCOTT-SHELTON
CHRISTOHER J. SCRAPPER
WILLIAM SCRUGGS, JR.
ROBERT S. SEGUIN
ROBERT SHARKEY, JR.
ROBERT W. SHEAFFER, JR,
KEITH A. SEFFIELD
DANIEL D. SHEREIKA
CARL H. SILER
ALAN P. SIMMERS
RICHARD G. SIMMONDS
ROGER C. SIMMONS, JR.
ALBERTA A. SKOLOOA
ALLEN SMITH
ERNEST C. SMITH
WADE SOVONICK
WINSTON STARKE
LARRY SUMPTER
FRANCISCO TADLE
FRANKLIN D. TERRELL
LAWRENCE W. THOMAS
STEVE M. THOMPSON
VINCENT P. TOLSON
KENNETH W. VANDERVLIET
FRANCISCO VELEZ
JACK VIGRASS
JAMES D. VUCCI
DONALD L. WALLACE
CHARLES L. WASHINGTON
KENNETH D. WATSON
JAMES WAYBRIGHT
ROY D. WHALEY
DONALD A. WIKERT
ALFRED WILEY

DWIGHT WILLIAMS
JAMES O. WILLIAMS
JOHN M. WILLIAMS
CHARLES W. WILSON
CLIFFORD C. WILSON
EDDIE L. WILSON
SELMA M. WILSON
WILLIAM D. WILSON
GEORGE WINKEY
HAROLD S. WINTERS
JOSEPH M. WOOLRIDGE
RICHARD F. XANDER
ALBERT F. YOUNG, JR.
JOSEPH M. ZOVAK,

    Plaintiffs,

  v.

DISTRICT OF COLUMBIA
c/o Jacques P. Lerner
Assistant Attorney General
441-4[th] Street, N.W.
Washington, D.C. 20001,

    Defendant.

### NOTICE OF REMOVAL

   The District of Columbia is a defendant in the case of *Michael J. Abate v. District of Columbia,* Civil Action No. 4395-08, pending in the Superior Court of the District of Columbia. *See* Complaint attached hereto as Exhibit 1. Pursuant to 28 U.S.C. §§ 1441 and 1446, the District of Columbia hereby removes this case from the Superior Court of the District of Columbia to this Court because the claims raised in the Complaint assert federal questions appropriate for resolution by this Court. Causes of action "founded on a claim or right arising under the Constitution, laws, or treaties of the United States" are removable without regard to the

citizenship of the parties. 28 U.S.C. § 1441(b). In Count III of the Complaint, Plaintiffs assert

claims under the Fair Labor Standards Act, 29 U.S.C. § 207(a). *See* Complaint.


Respectfully submitted,

PETER J. NICKLES
Acting Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


ELLEN EFROS, D.C. Bar No. 250746
Chief, Equity Section I


JACQUES P. LERNER, D.C. Bar No. 440998
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C.  20001
Direct Dial:  (202) 724-1342
Fax:  (202) 727-0431

JULY 23, 2008                    **COUNSEL FOR THE DISTRICT OF COLUMBIA**


## CERTIFICATE OF SERVICE


I certify that, on July 23, 2008, a copy of this document was served by first-class U.S. mail, upon
the following person:

Robert E. Deso, Esq.
1828 L Street, N.W., Suite 660
Washington, D.C.  20036


JACQUES P. LERNER

- 7 -



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

MICHAEL J. ABATE

Vs.                                                    C.A. No.      2008 CA 004395 B

DISTRICT OF COLUMBIA GOVERNMENT

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to:  Judge LYNN LEIBOVITZ
Date:   June 17, 2008
Initial Conference: 9:30 am, Friday, September 19, 2008
Location:   Courtroom A-47
            515 5th Street NW
            WASHINGTON, DC  20001



Caio.doc

# ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Avenue, N.W., Room JM-170
### Washington, D.C. 20001  Telephone: 879-1133

| | |
|---|---|
| MICHAEL J. ABATE, et al. | |

*Plaintiff*

**vs.**                                          Civil Action No. | 0004395-08 |

| |
|---|
| DISTRICT OF COLUMBIA GOVERNMENT |

*Defendant*

SERVE:   ANDRIAN FENTY, Mayor
         1350 Pennsylvania Avenue, N.W.
         Washington, D.C.  20004

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.**  If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| |
|---|
| ROBERT E. DESO, #174185 |

Name of Plaintiff's Attorney

| |
|---|
| 1828 L Street, N.W., Suite 660 |

Address

| |
|---|
| WASHINGTON, D.C.  20036 |

| |
|---|
| (202) 822-6333 |

Telephone

By _____
                    Deputy Clerk

Date | JUN 16 2008 |

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 98

**NOTE:**  SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-l 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

---

MICHAEL J. ABATE                                    *
12604 Lake Normandy Lane
Fairfax, Virginia 22030                             *

EVERETT D. ABBOTT                                   *
9375 Bourbon Street
Weeki Wachee, Florida 34613                         *

STEVE E ALLEN                                       *
2860 Lyon Court
Waldorf, Maryland 20602                             *

LARRY W. BAILEY                                     *
16064 Kings Mountain Road
Woodbridge, Virginia 22191                          *

WILLIAM H. BAILEY                                   *
11800 Point Way
Bowie, Maryland 20720                               *

SHERYL L. BALL                                      *
P.O. Box 78
LaPlata, Maryland 20646                             *

PETER D. BANKS                                      *
12709 Nathan Lane
Herndon, Virginia 20170                             *

PATRICIA L. BANNISTER                               *
Route 5 Box 477A
McAlester, Oklahoma  74501                          *

MARVIN E. BARNES                                    *
4909 11th Street, N.E.
Washington, D.C. 20017                              *

RECEIVED
Civil Clerk's Office

JUN 1 6 2008

Superior Court of the
District of Columbia
Washington, D.C.

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd

RICKY L. BARROW                              *
15044 Laurel Oaks Lane
Laurel, Maryland 20707                       *

SHIRLEY C. BENNETT                           *
7005 Forbes Boulevard
Lanham, Maryland 20706                       *

JOSE BIMBO                                   *
10604 Birdie Lane
Upper Marlboro, Maryland 20774               *

WARREN G. BISDORF                            *
5911 Hamilton-Richmond Road
Hamilton, Ohio 45013                         *

DONALD E. BLAKE                              *
15505 Legacy Way
Haymarket, Virginia 20169                    *

LOUIS V. BLANCATO                            *
2875 Lochness Lane
Chesapeake Beach, Maryland 20732             *

DANIEL D. BOCCABELLA, SR.                    *
2668 Clairfont Court
Cape Coral, Florida 33991                    *

CAROLYN L. BOGGS                             *
1302 Redbourne Lane
Ormond Beach, Florida 32174                  *

GERALD L. BOOKER                             *
2906 P Street, S.E.
Washington, D.C. 20020                       *

WILLIAM F. BRACEY                            *
11631 Terrace Drive
Waldorf, Maryland 20602                      *

JOHN N. BRATSCH                              *
1931 Fisher Court
Falls Church, Virginia 22043                 *

GAIL A. BREVARD                              *
2848 Myrtle Avenue, N.E.
Washington, D.C. 20018                       *

LARRY L. BRILLHART                           *
10515 Schaffer Lane
Nokesville, Virginia 20181                   *

RAYMOND, J. BRITTON                          *
2618 Inwood Drive
Adamstown, Maryland 21710                    *

RENE A. BROWETT                              *
1606 E. Jefferson Court
Sterling, Virginia 20164                     *

ROY A. BROWN                                 *
605 Etna Drive
Upper Marlboro, Maryland 20774               *

PHYLLIS W. BURRELL                           *
10109 Old Fort Place
Fort Washington, Maryland 20744              *

GILBERT I. BUSSEY                            *
3409 Texas Avenue, S.E.
Washington, D.C. 20020                       *

PAT A. BUZZEO                                *
150 Hermitage Hills Boulevard
Hermitage, Pennsylvania  16145               *

RAWLEY T. BYRD                               *
5821 Sonny Drive
Lothian, Maryland 20711                      *

LOUIS P. CANNON                              *
9220 Atlantic Avenue
North Beach, Maryland 20714                  *

WALTER J. CANTY                              *
2140 20th Street, South
St. Petersburg, Florida 33712                *

HUGH, E. CAREW                                    *
3802 Randolph Road
Wheaton, Maryland 20902                           *

CHARLES CARPENTER                                 *
503 Holly Avenue
Grottoes, Virginia 24441                          *

EDWIN R. CASEY                                    *
397 Harbin Drive
Mountain City, Tennessee 37683                    *

DOMINICK J. CATALFANO                             *
11505 Wildflower Court
Woodbridge, Virginia 22192                        *

ROBERT S. CERMAK                                  *
4203 Paradise Hill Drive
Maryville, Tennessee 37804                        *

CLAYTON G. CLARK, JR.                             *
1 Culpepper Circle
Columbia, South Carolina 29209                    *

PHILLIP R. COX                                    *
7520 Burgess Lane
Fort Washington, Maryland 20744                   *

BOBBY M. CRAIG                                    *
600 Lincoln Street
Green Castle, Missouri 63544                      *

ROBERT N. CRIST                                   *
3430 Bradford Lane
Prince Frederick, Maryland 20678                  *

JOHN H. DALY                                      *
8166 Cockburn Court., #304
Lorton, Virginia 22079                            *

DAVID P. DAVIS                                    *
10204 Angora Court
Cheltenham, Maryland 20623                        *

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\          4
Pldgs\Complaint.wpd

DOUGLAS S. DAVIS                              *
410 Lazy Bluff
San Antonio, Texas 78216                     *

JIMMIE DAVIS                                 *
11416 Stewart Lane, #D2
Silver Spring, Maryland 20904                *

RICHARD B. DAVIS                             *
203 West 6th Street
Laurel, Delaware 19956                       *

RONALDO de LOS REYES                         *
190-A Country Manor Drive
Conway, South Carolina 29526                 *

JOHN P. DEAN                                 *
115 E Street, S.E., #203
Washington, D.C. 20003                       *

ROBERT F. DEMILT                             *
8227 Tuckerman Lane
Potomac, Maryland 20854                      *

RAYMOND P. DIEGEL                            *
4219 Los Altos Court
Naples, Florida 34109                        *

JAMES A. DILLON                              *
4444 Windom Place, N.W.
Washington, D.C. 20016                       *

EDWARD L. DORY                               *
10214 Welshire Drive
Upper Marlboro, Maryland 20772               *

SAMUEL C. DOYLE                              *
8004 Travis Lane
College Park, Maryland 20740                 *

BERNARD W. DRYDEN                            *
6053 Corners Wharf Road
Cambridge, Maryland 21613                    *

KENNETH L. DUDDING                          *
3425 Bradley Road
Huntington, West Virginia 25704             *

WILBERT L. DUNN                             *
1625 Buchanan Street, N.E.
Washington, D.C. 20017                      *

RAYMOND C. DYER                             *
545 Clemmons Raod
Cookeville, Tennessee 38501                 *

JOHN J. FARRELL                             *
400 64th Avenue, #405W
St. Petersburg, Florida 33706               *

JOHN R. FINNELLE                            *
5 Flower Hill Court
Gaithersburg, Maryland 20879                *

GEORGE W. FISHER                            *
9521 Southern Cross Lane
Burke, Virginia 22015                       *

WALTER J. FRANEK                            *
650 Grand Vista Trail
Leesburg, Florida 34748                     *

ERNEST L. FRANK                             *
4118 Evergreen Drive
Fairfax, Virginia 22032                     *

WILLIAM D. FREEMAN                          *
1120 Island Road
Singer Island, Florida 33404                *

MARGUERITE FUNK                             *
1111 Shepherd Street, N.E.
Washington, D.C. 20017                      *

THOMAS P. FURMAN                            *
196 Flowing Well Road
Wagener, South Carolina 29164               *

BRIAN C. GAINES                          *
9604 Southern Charm Circle
Brookville, Florida 34613                *

ROBERT G. GANNON                         *
4 Crest Drive
Salem, South Carolina 29676              *

VERNON G. GEHRIS                         *
302 Seagull Drive
Lewes, Delaware 19958                    *

ANDREW J. GENUA                          *
HC 71 Box 134G
Augusta, West Virginia 26704             *

JOSEPH S. GOLDRING                       *
2024 Forest Dale Drive
Adelphi, Maryland 20783                  *

RAYMON M. GONZALES                       *
20886 Conesus Square
Ashburn, Virginia 20147                  *

DAVID H. GOULD                           *
5008 Brighton Hills Place, N.E.
Rio Rancho, New Mexico 87144             *

DANIEL J. GRACE                          *
1095 Graystone Cove Drive
Birmingham, Alabama 35242                *

HERBERT G. GRANGER                       *
10658 Hillingdon Road
Woodstock, Maryland 21163                *

MARK W. GREENFIELD                       *
12008 Thackeray Court
Bowie, Maryland 20720                    *

FRANCIS GREENWELL                        *
9823 Hollow Glen Place
Silver Spring, Maryland 20910            *

JOSEPH F. GRIFFITH                          *
2085 Brenan Way
Red Lion, Pennsylvania 17356                *


GARY F. GRIMES                              *
16525 Governor's Bridge Road
Bowie, Maryland 20716                       *


REGINA T. GROGAN                            *
29727 Charles Drive
Easton, Maryland 21601                      *


ALFRED S. HACK                              *
45830 Patuxent Lane
California, Maryland 20619                   *


CHARLES E. HAINES, JR.                      *
12603 Greenmount Court
Beltsville, Maryland 20705                  *


MICHAEL E. HALPIN                           *
3040 S.W. 131 Avenue
Miramar, Florida 33027                      *


WILLIAM L. HAMPTON                          *
5920 Bush Hill Drive
Alexandria, Virginia 22310                  *


BRUCE HANSEN                                *
3351 Gold Mine Road
Brookevile, Maryland 20833                  *


JOHN F. HARDING                             *
1301 Asheville Road
Forestville, Maryland 20747                 *


DONALD L. HARPER                            *
3814 Copperville Way
Fort Washington, Maryland 20744             *


DARRYL K. HARRISON                          *
23 Jordan Drive
Dover, Delaware 19904                       *


H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\          8
Pldgs\Complaint.wpd

STANLEY W. HAWKINS                                    *
14500 Jones Bridge Road
Bowie, Maryland 20721                                 *

RICHARD A. HAYDEN                                     *
24 Edinburgh Drive
Easton, Pennsylvania 18045                            *

DEBRA J. HAYES                                        *
14003 Mt. Eagle Lane
Waldorf, Maryland 20601                               *

ROGER A. HEARRON                                      *
6 Winterberry Court
La Plata, Maryland 20646                              *

DARVIS CAROL HEATH, JR.                               *
14634 Keeneland Circle
North Potomac, Maryland 20878                         *

JOHN J. HICKEY, JR.                                   *
3009 Holly Street
Alexandria, Virginia 22305                            *

RONALD HILL                                           *
13613 Castlecliff Way
Silver Spring, Maryland 20904                         *

GLENETTE M. HILTON                                    *
413 Missouri Avenue, N.W.
Washington, D.C. 20011                                *

LOUIS G. HOLLAND                                      *
3522 Marlbrough Way
College Park, Maryland 20740                          *

MARTIN V. HOLLAND                                     *
8211 Steve Drive
Forestville, Maryland 20747                           *

JAMES C. HOLLOWAY, JR.                                *
2310 Woodridge Street, N.E.
Washington, D.C. 20018                                *

CURTIS E. HORTON                                   *
11205 Lake Overlook Place
Mitchellville, Maryland 20721                      *

GREGG C. HUNT                                      *
1166 Amber Way
Owings, Maryland 20736                             *

JOHNNIE HUNT                                       *
26365 Jones Wharf Road
Hollywood, Maryland 20636                          *

TAZWELL V. HURST                                   *
3506 Leslie Avenue
Temple Hills, Maryland 20748                       *

DEAN A. HYDE                                       *
9820 Hope Acres Road
White Plains, Maryland 20695                       *

ROGER ISAAC, JR.                                   *
10612 Manor Lake Terrace
Mitchellville, Maryland 20721                      *

CALEB J. JACKSON                                   *
13704 Eyton Court
Upper Marlboro, Maryland 20774                     *

ALONZO A. JACOBS                                   *
507 Cedar Boulevard
Accokeek, Maryland 20607                           *

MacARTHUR N. JAMES                                 *
8503 Vistula Drive
Fort Washington, Maryland 20744                    *

DANIEL M. JEFFERS                                  *
355 Cecilton South
Laurel, Maryland 20724                             *

ROMAINE A. JENKINS                                 *
2207 Otis Street, N.E.
Washington, D.C. 20018                             *

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd                    10

WILLIAM E. JOHNSON                              *
1917 Tulip Street, N.W.
Washington, D.C. 20012                          *

                                                *
JAMES L. JONES, III                             *
706 Othman Drive
Fort Washington, Maryland 20744                 *

JULIA B. JONES                                  *
706 Othman Drive
Fort Washington, Maryland 20744                 *

ROY G. JONES                                    *
13907 Warm Spring Court
Clifton, Virginia 20124                         *

JERRY KAIGLER                                   *
47166 Highway 436
Franklinton, Louisiana 70438                    *

THOMAS KASCHAK                                  *
8449 Stumpy Road
Hanover, Virginia 23069                         *

DONALD E. KAUFFMAN, JR.                         *
257 Sigma Drive
Harwood, Maryland 20776                         *

JOHN B. KENDRICK, III                           *
1095 Thames Drive
Eldersburg, Maryland 21784                      *

CHARLES D. KEYS                                 *
33 Mill Street
P.O. Box 336                                    *
Millsboro, Pennsylvania 15348

                                                *
LORRAINE T. KITTRELL                            *
13210 Cape Shell Court
Upper Marlboro, Maryland 20774                  *

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd                                11

MICHAEL, W. KOLONICH
310 Old Kiln Lane
Mount Jackson, Virginia 22842

                                                    *

                                                    *

JOHN M. KYLE
5800 Parkway Drive
Laurel, Maryland 20707

                                                    *

PATRICK T. LANIGAN
5112 Warren Place, N.W.
Washington, D.C. 20016

                                                    *

                                                    *

RICHARD H. LAU
1525 Ashburnham Drive
Crofton, Maryland 21114

                                                    *

                                                    *

KEENE N. LEE
1154 Riva Ridge Drive
Great Falls, Virginia 22066

                                                    *

                                                    *

PAUL W. LEEPER
16400 Keats Terrace
Derwood, Maryland 20855

                                                    *

                                                    *

ROOSEVELT LEWIS, JR.
1120 Urell Place, N.E.
Washington, D.C.20017

                                                    *

                                                    *

PATRICK J. LOGSDON
4852 Park Avenue
Bethesda, Maryland 20816

                                                    *

                                                    *

FRANK R. LONEY
1215 Hillside Drive
Carlisle, Pennsylvania 17013

                                                    *

                                                    *

GREGORY K. LUSBY
2240 Wellington Woods Drive
Waldorf, Maryland 20783

                                                    *

                                                    *

STEVEN MAIORCA
5 Oakbrook Court
Carolina Shores, North Carolina 28467

                                                    *

                                                    *

JACOB MAJOR                                                    *
1308 Somerset Place, N.W.
Washington, D.C. 20011                                         *

TIMOTHY H. MALONE, JR.                                         *
3020 Rock Drive
Riva, Maryland 21140                                           *

NICHOLAS M. MANTZOURIS                                         *
4924 Evening Sky Court
Ellicott City, Maryland 21043                                  *

BERTRAM C. MARKS                                               *
3200 North Leisure World Boulevard, #410
Silver Spring, Maryland 20906                                  *

ALLEN K. MARSHALL                                              *
7558 Veto Road
Belpre, Ohio 45714                                             *

WILLIAM D. MARTIN                                              *
844 Broadwater Road
Churchton, Maryland 20733                                      *

MICHAEL S. MATTHEWS                                            *
16322 Old Valley Pike
Edinburg, Virginia 22824                                       *

ROBERT MATTHEWS                                                *
709 Othman Drive
Fort Washington, Maryland 20744                                *

THOMAS F. MATTHEWS                                             *
6981 Walker Mill Road
Capitol Heights, Maryland 20743                                *

KARL W. MATTIS                                                 *
P.O. Box 434
Elizabethville, Pennsylvania 17023                             *

ALFRED MAYO                                                    *
14511 Medwick Road
Upper Marlboro, Maryland 20774                                 *

JOSEPH T. McCANN                                    *
8319 Thoreau Drive
Bethesda, Maryland 20817                            *


KEVIN M. McCARTHY                                   *
10101 Govenor Warfield Parkway
Columbia, Maryland  21044                           *


ALBERT W. McDOWELL                                  *
60 Honeysuckle Lane
Owings, Maryland 20736                              *


WILLIAM F. McGILL                                   *
2207 New Hope Church Road
Laurel Springs, North Carolina 28644               *


FRANCIS P McLAUGHLIN                                *
6408 Glydon Court
Bowie, Maryland 20720                               *


GERARD M. McSORLEY                                  *
9101 Townsend Lane
Clinton, Maryland 20735                             *


ANDREW P. MERRANKO, JR.                             *
359 Kessler School Road
Acme, Pennsylvania 15610                            *


STEPHEN M. MICCICHE                                 *
30 S. Horseshoe Drive
Oceanview, Delaware 19970                           *


PHILIP H. MICHAELS JR.                              *
1665 Creek Circle S.W.
Ocean Isle Beach, North Carolina 28469             *


BENJAMIN C. MILLER                                  *
4101 Danville Drive
Temple Hills, Maryland 20748                        *


CHARLES E. MILLER, III                              *
231 Dunkin Avenue
Bridgeport, West Virginia 26330                     *

GEORGE M. MILLER                              *
P.O. Box 376
Moscow, Pennsylvania 18444                    *


WILLIAM R. MILLER                            *
3383 Brick Kiln Road
Greenville, North Carolina 27858             *


WILLIAM MISKOVIC                             *
2518 St. Andrews Drive
Little River, South Carolina 29566           *


THOMAS MONAHAN                               *
4606 Creek Shore Drive
Rockville, Maryland 20852                     *


CHARLIE MOORE                                *
6026 Eastern Avenue, N.E.
Washington, D.C. 20011                        *


JAY A. MOORE                                 *
1115 Crestview Drive
Annapolis, Maryland 21409                     *


LOUIS T. MOORE                               *
2 Fieldcrest Drive
Wheeling, West Virginia 26003                *


KENNETH V. MORELAND                          *
2081 S.E. Caliph Street
Port St. Lucie, Florida 34952                *


FRANCIS X. MORGAN                            *
5225 Pooks Hill Road, #813N
Bethesda, Maryland 20814                      *


ANTHONY J. MORRIS                            *
100 Ottawa Cove
Lake Kiowa, Texas 76240                      *


RAYMOND P. MORRISON, JR.                     *
22841 Neptune Road
Milton, Delaware 19968                       *

QUINNIE MOSLEY                                    *
704 Youngblood Road
Edgefield, South Carolina 29824                   *

JULIA A. MYERS                                    *
1603 Monroe Street, N.E.,
Washington, D.C. 20018                            *

BERNARD J. MYLES                                  *
343 Cloudes Mill Drive
Alexandria, Virginia 22304                        *

ALLEN C. NEFF                                     *
184 Abbington Place
Ocean Isle Beach, North Carolina 28469            *

DONALD R. NICHOLS                                 *
358 Courthouse Mountain Road
Madison, Virginia 22727                           *

WILLIAM C. NOVINSKI, JR.                          *
901 N. Monroe Street, Unit 1401
Arlington, Virginia 22201                         *

JOHN J. O'CONNOR                                  *
308 North College Parkway
Frederick, Maryland 21701                         *

BOBBY J. PARKER                                   *
1811 Fenwood Avenue
Oxon Hill, Maryland 20745                          *

LLOYD PARKER                                      *
1316 Edgewick Avenue
Capitol Heights, Maryland 20743                   *

HUGHEY PAYNE, JR.                                 *
3108 Kyle Avenue
Springdale, Maryland 20774                         *

EDITH RENEE PIERCE                                *
12804 Jervis Road
Clinton, Maryland 20735                           *

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd                               16

JOSEPH N. PLATT                                        *
25 Cinnabar Court
Gaithersburg, Maryland 20879                           *

ZELFORD C. PLATT, SR.                                  *
138 Cree Drive
Forest Heights, Maryland 20745                         *

ROBERT A. POGGI                                        *
4410 Groombridge Way, Apt. G
Alexandria, Virginia 22309                             *

TYRONE W. POOLE                                        *
7405 Purple Leaf Court
Laurel, Maryland 20707                                 *

BERNARD N. PRICE                                       *
3602 Golden Hill Drive
Bowie, Maryland 20721                                  *

SONYA T. PROCTOR                                       *
9610 Covenant Court
Owings, Maryland 20736                                 *

ROBERT L. PROUT, JR.                                   *
3005 Alexander Place
Bowie, Maryland 20716                                  *

WAYNE B. QUICK                                         *
12306 Kings Valley Court
Mitchellville, Maryland 20721                          *

JAMES H. QUIGLEY                                       *
3004 Lambeth Hill Drive
Waldorf, Maryland 20602                                *

JEROME P. RADFORD                                      *
9118 Grandhaven Avenue
Upper Marlboro, Maryland 20772                         *

EVELYN N. RANDALL                                      *
1401 Peartree Lane
Bowie, Maryland 20721                                  *

CLYDE E. RICE                                    *
2138 Emilys Lane
Falls Church, Virginia 22043                     *


ALLEN F. RICHARDS                                *
427 Shadow Creek Court
Myrtle Beach, South Carolina 29588               *


DAVID N. RICHARDSON                              *
1304 N. Stuart Street
Arlington, Virginia 22201                        *


WILLIAM C. ROLLINS                               *
41 Sunrise Drive
Ocala, Florida 34472                             *


VINCENT ROMANO                                   *
281 Sandy Run
Melbourne, Florida 32940                         *


ANTHONY W. RUSS                                  *
5721 Lagrande Drive
Charlotte, North Carolina 28269                  *


CHARLES E. SAMARRA                               *
4205 Willoby Road
P.O. Box 210                                     *
Marbury, Maryland 20658
                                                 *
JOSEPH P. SATTERFIELD
13851 Lake Mahogany Blvd. #3514                  *
Ft. Myers, Florida 33907
                                                 *
EARL J. SCHMITT, JR.
7143 Zepp Road                                   *
Star Tannery, Virginia 22654
                                                 *
AUDREY L. SCOTT-SHELTON
14308 Delcastle Drive                            *
Bowie, Maryland 20721
                                                 *

**CHRISTOPHER J. SCRAPPER**
12300 Westwood Hills Drive
Oak Hill, Virginia 20171                          *

                                                  *

**WILLIAM SCRUGGS, JR.**
4228 Blagden Avenue, N.W                          *
Washington, D.C. 20011

                                                  *

**ROBERT G. SEGUIN**
13004 Barnwell Place                              *
Upper Marlboro, Maryland 20772

**ROBERT SHARKEY, JR.**                           *
1711 Peachtree Lane
Bowie, Maryland 20721                             *

**ROBERT W. SHEAFFER, JR.**                       *
17401 Comus Road
Dickerson, Maryland 20842                         *

**KEITH A. SHEFFIELD**                            *
415 Buttermilk Bridge
Boons Camp, Kentucky 41204                        *

**DANIEL D. SHEREIKA**                            *
3320 Glenwood Place
Ijamsville, Maryland 21754                        *

**CARL H. SILER**                                 *
1715 Allison Street, N.E.
Washington, D.C.  20017                           *

**ALAN P. SIMMERS**                               *
910 Orange Avenue
Crescent City, Florida   32112                    *

**RICHARD G. SIMMONDS**                           *
8505 Beaufort Drive
Fulton, Maryland 20759                            *

**ROGER C. SIMMONS, JR.**                         *
1466 Steeplechase Lane
Deltona, Florida   32725                          *

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd                              19

ALBERT A. SKOLOOA                              *
772 Cropp Road
Fredericksburg, Virginia 22406                 *

ALLEN SMITH                                    *
110 Latham Drive
Abbeville, South Carolina  29620               *

ERNEST C. SMITH                                *
800 Marie Lane
Owings, Maryland  20736                        *

WADE J. SOVONICK                               *
5001 Brookdale Road
Bethesda, Maryland  20816                      *

WINSTON STARKE                                 *
5800 Wachesan Place
Waldorf, Maryland  20601                       *

LARRY SUMPTER                                  *
11206 Lake Vista Lane
Mitchellville, Maryland  20721                 *

FRANCISCO TADLE                                *
3299 Leritz Lane
Edgewater, Maryland 21037                      *

FRANKLIN D. TERRELL                            *
4304 Shell Street
Capitol Heights, Maryland 20743                *

LAWRENCE W. THOMAS                             *
8307 Gullane Court
Fort Washington, Maryland 20744                *

STEVE M. THOMPSON                              *
4307 Ranger Avenue
Temple Hills, Maryland  20748                  *

VINCENT P. TOLSON                              *
1717 Corcoran Street, N.W
Washington, D.C. 20009                         *

KENNETH W. VANDERVLIET                    *
89 Harbour Heights Drive
Annapolis, Maryland  21401                *

FRANCISCO VELEZ                           *
1710 N. Wayne Street
Arlington, Virginia  22201                *

JACK VIGRASS                              *
5616 Wood Mill Road
Glenville, Pennsylvania  17329            *

JAMES. D. VUCCI                           *
7134 Brunswick Circle
Boynton Beach, Florida   33472            *

DONALD L. WALLACE                         *
4735 Duffield Road
White Plains, Maryland  20695             *

CHARLES L. WASHINGTON                     *
10711 Mattaponi Road
Upper Marlboro, Maryland  20772           *

KENNETH D. WATSON                         *
1911 Wintergreen Avenue
District Heights, Maryland  20747         *

JAMES WAYBRIGHT                           *
1023 Wiltshire Drive
LaPlata, Maryland 20646                   *

ROY D. WHALEY                             *
805 River Road
Nashville, Georgia  31639                 *

DONALD A. WIKERT                          *
R.R. 1 Box 450
Lumberport, West Virginia  26386          *

ALFRED WILEY                              *
3215 Chestnut Street, N.E.
Washington, D.C.  20018                   *

DWIGHT WILLIAMS                                    *
14805 Green Post Court
Centreville, Virginia  20121                        *

JAMES O. WILLIAMS                                  *
1306 Roxanna Road, N.W.
Washington, D.C.  20012                            *

JOHN M. WILLIAMS                                   *
10410 Hunter Ridge Drive
Oakton, Virginia  22124                            *

CHARLES W. WILSON                                  *
11603 Trillum Street
Bowie, Maryland  20721                             *

CLIFFORD, C. WILSON                                *
22570 Bayshore Drive
Chestertown, Maryland 21620                         *

EDDIE L. WILSON                                     *
5603 Pola Court
Clinton, Maryland 20735                             *

SELMA M. WILSON                                     *
3128 Abbey Drive, S.W.
Atlanta, Georgia 30331                             *

WILLIAM D. WILSON, JR.                             *
P.O. Box 56
482 Wilson Drive                                   *
Sandy Point, Virginia 22577
                                                   *

GEORGE WINKEY                                      *
11008 Lake Arbor Way
Mitchellville, Maryland   20721                     *

HAROLD S. WINTERS                                  *
609 Long Hollow Road
Elizabethton, Tennessee  37643                      *

                                                   *

JOSEPH M. WOOLRIDGE
3204 La Dova Way
Springdale, Maryland  20774                    *

                                               *

RICHARD F. XANDER
377 Big Beaver Creek Road                      *
Trout Creek, Montana 59874

                                               *

ALBERT F. YOUNG, JR.
15510 Brooks Church Road                       *
Upper Marlboro, Maryland   20772

                                               *

JOSEPH M. ZOVAK
3605 Sandpiper Road                            *
Virginia Beach, Virginia   23456

                                               *

        Plaintiffs,

                                               *

   v.

DISTRICT OF COLUMBIA GOVERNMENT                *
SERVE:      ADRIAN FENTY
            MAYOR                              *
            1350 Pennsylvania Avenue, N.W.
            Washington, D.C.  20004            *          Civil Action No. _____

SERVE:      PETER J. NICKLES, ESQUIRE          *
            INTERIM ATTORNEY GENERAL
            1350 Pennsylvania Avenue, N.W.     *
            Washington, D.C.  20004

                                               *

        Defendant.

_____        *

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### Jurisdiction

1.      This Court has jurisdiction pursuant to D.C. Code § 11-921 and 29 U.S.C. § 216.

### Parties

2.      Plaintiffs are all retired members of the Metropolitan Police Department ("MPD"), an agency of the executive branch of the District of Columbia Government.

3.      The District of Columbia Government is a municipal corporation, capable of suing and being sued, pursuant to D.C. Code § 1-102.

### Facts

4.      At all times relevant herein, each plaintiff was an active member of the MPD, who served in the rank of sergeant.

5.      At various times during their careers as active members of MPD in the rank of sergeant, each plaintiff supervised detectives and investigators in investigative units of MPD.

6.      D.C. Code § 5-543.02(c) and (d) provide that each member of MPD assigned as a detective sergeant is to receive additional pay of $595.00 per annum as basic salary for so long as the member remains assigned as a detective sergeant. This statutory provision of the D.C. Code has been in effect since the Police and Fireman's Salary Act was amended in 1972.

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd

7.      After 1972, for many years MPD paid additional pay to sergeants assigned to supervise detectives and investigators pursuant to the identical predecessor statute to D.C. Code § 5-543.02(c) and (d).

8.      With no change in the law, MPD ceased paying detective sergeants' pay to sergeants assigned to supervise detectives and investigators.  MPD continued to assign sergeants to supervise detectives and investigators, but MPD has not paid those sergeants, including plaintiffs, additional pay pursuant to D.C. Code § 5-543.02(c) or its predecessor statute.

9.      In an Opinion and Award dated July 9, 2004 in FMCS Case No. 040123-53013A, Arbitrator Richard G. Trotter ruled that pursuant to D.C. Code § 5-543.02(c) and Article 26 of the Collective Bargaining Agreement between MPD and the Fraternal Order of Police, MPD was required to pay an extra $595.00 per year as detective sergeant pay to MPD sergeants who performed the functions of detective sergeant, for which they were not paid.  Arbitrator Trotter ruled that the active-duty sergeants in that case performed the duties of detective sergeants because they performed first line supervisory duties over investigators, in that they supervised investigators and were responsible for administrative duties pertaining to the investigators they supervised.

10.     Pursuant to D.C. Code § 1-605.02(6), MPD appealed Arbitrator Trotter's Opinion and Award to the D.C. Public Employer Relations Board ("PERB").

11.     By Decision and Order dated September 30, 2005 (Opinion No. 789) in Case No. 04-A-18, PERB denied the MPD appeal and affirmed the arbitration award.

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd

12.     On February 26, 2008 Arbitrator Trotter's July 9, 2004 Award was confirmed by the Superior Court in *Fraternal Order of Police, Metropolitan Police Department Labor Committee v. District of Columbia Metropolitan Police Department*, Civil Action No. 06-CA-3077B.

13.     The District of Columbia, by MPD, has not paid detective sergeants' pay to any of the plaintiffs for any of the time(s) they performed the duties of detective sergeants by supervising and performing administrative functions for detectives and investigators in investigative units of MPD.

## Count I
### (Violation of D.C. Code § 5-543.02(c))

14.     Plaintiffs incorporate by reference paragraphs 1-13 above.

15.     The refusal/failure of the District, by MPD, to pay additional detective sergeants' pay ($595.00 per annum) to the plaintiffs for the time(s) that they were assigned to perform the duties of detective sergeants was a continuing violation of D.C. Code § 5-543.02(c) and its predecessor statute.

## Count II
### (Violation of D.C. Code § 5-1304)

16.     Plaintiffs incorporate by reference paragraphs 1-15 above.

17.     Defendant failed to pay plaintiffs correct overtime pay based on their rate of basic compensation for all overtime worked by plaintiffs during the periods that they performed the duties of detective sergeants but were not paid as detective sergeants.

## Count III
### (Willful Failure to Pay Overtime Pay in Violation of FLSA, 29 U.S.C. § 207(a))

18.    Plaintiffs incorporate by reference paragraphs 1-17 above.

19.    FLSA is applicable to defendant pursuant to 29 U.S.C. § 203.

20.    Pursuant to D.C. Code § 1-617.16, defendant has incorporated the FLSA overtime provisions into collective bargaining agreements governing the pay of plaintiffs when they were active members of MPD.

21.    Each of the plaintiffs worked compensable overtime as a sergeant while supervising detectives and investigators.

22.    Pursuant to 29 U.S.C. § 207(a), defendant was required to pay plaintiffs time and one-half compensation for all overtime hours plaintiffs worked, based on the basic pay of each individual plaintiff.

23.    Defendant failed to pay plaintiffs all the basic pay they were owed (detective sergeants' pay); therefore defendant also failed to pay each plaintiff the full amount of overtime pay they were owed during the time(s) they performed duties as detective sergeants and worked overtime.

24.    Accordingly, defendant violated the FLSA overtime provisions by failing to pay the plaintiffs the full amount of overtime pay to which they were entitled when they performed duties as detective sergeants and worked overtime.

25.    Defendant's failure to pay the full amount of overtime owed to each plaintiff was willful due to the clear notice language of D.C. Code § 5-543.02(c) and the identical predecessor statute.

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd

## Count IV
### (Willful Failure to Timely Pay Wages in Violation of FLSA, 29 U.S.C. § 207)

26.     Plaintiffs incorporate by reference paragraphs 1-25 above.

27.     Pursuant to 29 U.S.C. § 207, defendant is required to promptly pay all overtime wages that were due to plaintiffs.

28.     Overtime pay based on plaintiffs' statutorily mandated additional pay of $595.00 per annum became due, on a pro-rata basis, in the pay period following each pay period when overtime work as a detective sergeant was performed by the plaintiffs.

29.     Defendant's failure to timely pay plaintiffs the statutorily mandated overtime pay as detective sergeants was a continuing violation of 29 U.S.C. § 207.

30.     Defendant's failure to timely pay all wages and overtime due to plaintiffs for their performance of duties as detective sergeants was willful and in bad faith due to the clear notice of D.C. Code § 5-543.02(c) and the identical predecessor statute.

### Prayer for Relief

WHEREFORE, plaintiffs respectfully request that this Court:

A.     Issue a declaratory judgment that plaintiffs were entitled to additional pay as detective sergeants for the period(s) of time that they were assigned to perform duties as detective sergeants prior to their retirement;

B.     Enter judgment against defendant for defendant's violation of D.C. Code § 5-543.02 (and the identical predecessor statute);

C.    Enter judgment against defendant for defendant's failure to fully compensate plaintiffs on a timely basis for all overtime work in violation of D.C. Code § 5-1304 and 29 U.S.C. § 207(a);

D.    Enter judgment against defendant for liquidated damages for the FLSA violations set forth in paragraph C;

E.    Award attorney fees to plaintiffs pursuant to FLSA, 29 U.S.C. § 216(b);

F.    Award pre-judgment and post-judgment interest to plaintiffs;

G.    Order defendant to conduct an accounting to determine the amount of back pay, increased retirement payments (for those plaintiffs whose retirement annuities would be affected by the increase in basic pay) and liquidated damages and interest due to each plaintiff;

H.    For such other and further relief as the Court may deem just and proper.

DESO & BUCKLEY, P.C.

By:   *Robert E. Deso*

Robert E. Deso, DCBN 174185
1828 L Street, N.W.
Suite 660
Washington, D.C. 20036
(202) 822-6333
(202) 822-6665 - Fax
redeso@dtswlaw.com
Attorney for Plaintiffs

H:\RDeso\1130 AORP\05161\Detective Sergeant Pay Litigation\
Pldgs\Complaint.wpd

## CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Michael J. Abate, et al.    88888 | District of Columbia    0001 |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Fairfax, Virginia<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Washington, DC<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF<br>LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Robert E. Deso, Esq.<br>1828 L Street, N.W., Suite 660<br>Washington, D.C.  20036 | Case: 1:08-cv-01265<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 7/23/2008<br>Description: Labor-ERISA |

## II.  BASIS OF JURISDICTION
(PLACE AN X IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)    OR    ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255* | ○ **H.** *Employment Discrimination* | ○ **I.** *FOIA/PRIVACY ACT* | ○ **J.** *Student Loan* |
|---|---|---|---|
| ☐ **530** Habeas Corpus-General<br>☐ **510** Motion/Vacate Sentence | ☐ **442** Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ **895** Freedom of Information Act<br>☐ **890** Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ **152** Recovery of Defaulted Student Loans (excluding veterans) |

| ⊘ **K.** *Labor/ERISA (non-employment)* | ○ **L.** *Other Civil Rights (non-employment)* | ○ **M.** *Contract* | ○ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☒ **710** Fair Labor Standards Act<br>☐ **720** Labor/Mgmt. Relations<br>☐ **730** Labor/Mgmt. Reporting & Disclosure Act<br>☐ **740** Labor Railway Act<br>☐ **790** Other Labor Litigation<br>☐ **791** Empl. Ret. Inc. Security Act | ☐ **441** Voting (if not Voting Rights Act)<br>☐ **443** Housing/Accommodations<br>☐ **444** Welfare<br>☐ **440** Other Civil Rights<br>☐ **445** American w/Disabilities-Employment<br>☐ **446** Americans w/Disabilities-Other | ☐ **110** Insurance<br>☐ **120** Marine<br>☐ **130** Miller Act<br>☐ **140** Negotiable Instrument<br>☐ **150** Recovery of Overpayment & Enforcement of Judgment<br>☐ **153** Recovery of Overpayment of Veteran's Benefits<br>☐ **160** Stockholder's Suits<br>☐ **190** Other Contracts<br>☐ **195** Contract Product Liability<br>☐ **196** Franchise | ☐ **441** Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding    ⊘ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Fair Labor Standards Act, 29 USC § 207(a) - "failure to pay overtime pay in violation of FLSA"

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** ⌐ ⌐ ⌐ ⌐ ⌐ <br>**JURY DEMAND:** | Check YES only if demanded in complaint<br>YES ☐    NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☒   NO ☐    If yes, please complete related case form.

DATE *7-23-08*    SIGNATURE OF ATTORNEY OF RECORD    _(signature)_

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


_HICHAEL J. ABATE_
Plaintiff

       v.

Civil Action No.   **08 1265**

                                            **JUL 23 2008**

_DisTrict of Columbia_
Defendant


      The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **KENNEDY, JR. J. HHK** counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action. (See preceding sentence for judge's initials).

      Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice. To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a). Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

      Finally, your attention is called to Local Rule 16.3, Duty to Confer. This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

                              NANCY MAYER-WHITTINGTON, CLERK

                            By _____
                                Deputy Clerk

cc: _Robert E. Deso_

                                         929A
                                         Rev. 7/02