# United States District Court
# For the District of Columbia

MICHAEL J. ABATE, et al.

      Plaintiff(s)      )
                                      )    **APPEARANCE**
                                      )
                                      )
               vs.               )    CASE NUMBER   1:08-cv-01265 (HHK)
DISTRICT OF COLUMBIA    )
                                      )
      Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Robert E. Deso   as counsel in this
                                            (Attorney's Name)

case for:   Plaintiffs
                (Name of party or parties)

July 29, 2008
Date

*(signature)*
Signature

174185
BAR IDENTIFICATION

Robert E. Deso
Print Name

1828 L Street, N.W., Suite 660
Address

Washington, D.C.  20036
City        State        Zip Code

(202) 822-6333
Phone Number

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was on this 29th day of July, 2008 electronically filed and mailed, postage prepaid, to:

>Jacques P. Lerner
>Assistant Attorney General
>441 Fourth Street, N.W.
>Washington, D.C.  20001
>Attorney for the District of Columbia


>/s/ Robert E. Deso
>Robert E. Deso