# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MICHAEL J. ABATE, *et al.*,

    Plaintiffs,

v.

DISTRICT OF COLUMBIA GOVERNMENT,

    Defendant.

Civil Action No. 08-1265-HHK

## ANSWER OF DEFENDANT DISTRICT OF COLUMBIA GOVERNMENT TO THE COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

COMES NOW Defendants District of Columbia Government, by and through its undersigned attorneys, and for its answer to the Complaint for Declaratory and Injunctive Relief (hereinafter "the Complaint") states as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The following answers correspond to the numbered allegations beginning on page 24 of the complaint:

1. The existence of the cited statutory provisions is admitted, but jurisdiction thereunder is denied.

2. With respect to the first clause of this sentence: admitted that at least 10 of the Plaintiffs are retired members of the Metropolitan Police Department (hereinafter "MPD"); in all other respects, Defendant lacks sufficient knowledge and

-

information to respond to this allegation. With respect to the second clause of this sentence: admitted that MPD is an agency of the executive branch of the District of Columbia Government.

3. Admitted.

4. Defendant lacks sufficient knowledge and information to respond to this allegation.

5. Defendant lacks sufficient knowledge and information to respond to this allegation.

6. The existence of the cited statutory provisions is admitted. In all other respects, this allegation is a conclusion of law to which no response is required; if a response is required, the same is hereby denied.

7. Defendant lacks sufficient knowledge and information to respond to this allegation.

8. Admitted that Plaintiffs in MPD's employ did not receive compensation under D.C. Official Code § 5-543.02 prior to the arbitration proceeding identified in paragraphs 9-12 of the Complaint, to the extent expressly found in that proceeding. In all other respects, this allegation is a conclusion of the pleader to which no response is required; if a response is required, the same is hereby denied.

9-12. The existence of the cited arbitration proceedings is admitted; its content speaks for itself. In all other respects, these allegations are conclusions of the pleader to which no responses are required; if responses are required, the same are hereby denied.

13. Defendant lacks sufficient knowledge and information to respond to this allegation.

## Count I

14. Defendant incorporates its answers to the allegations in paragraphs 1-13 above.

15. This allegation is a conclusion of law and/or of the pleader to which no response is required; if a response is required, the same is hereby denied.

## Count II

16. Defendant incorporates its answers to the allegations in paragraphs 1-15 above.

17. This allegation is a conclusion of law and/or of the pleader to which no response is required; if a response is required, the same is hereby denied.

## Count III

18. Defendant incorporates its answers to the allegations in paragraphs 1-17 above.

19. The existence of the cited statutory provision is admitted. In all other respects, this allegation is a conclusion of law to which no response is required; if a response is required, the same is hereby denied.

20. Defendant lacks sufficient knowledge and information to respond to this allegation.

21. Defendant lacks sufficient knowledge and information to respond to this allegation.

22. This allegation is a conclusion of law and/or of the pleader to which no response is required; if a response is required, the same is hereby denied.

23. Defendant lacks sufficient knowledge and information to respond to this allegation.

24. This allegation is a conclusion of law and/or of the pleader to which no response is required; if a response is required, the same is hereby denied.

25. This allegation is a conclusion of law and/or of the pleader to which no response is required; if a response is required, the same is hereby denied.

<u>Count IV</u>

26. Defendant incorporates its answers to the allegations in paragraphs 1-25 above.

27-30. These allegations are conclusions of law and/or of the pleader to which no responses are required; if responses are required, the same are hereby denied.

Further answering the complaint, Defendant denies all allegations of wrongdoing, including without limitation, violations of Federal and District of Columbia statutes and regulations.

Further answering the complaint, Defendant denies all allegations not otherwise specifically answered.

THIRD DEFENSE

At all relevant times, the acts and omissions taken by Defendant, its employees and/or agents acting within the scope of their employment were reasonable, lawful, and necessary under circumstances, and in accord with all applicable constitutional, regulatory, statutory, contractual, and common law requirements.

FOURTH DEFENSE

At all relevant times, Defendant's interpretation of all applicable contractual, regulatory, statutory, constitutional, common law requirements were rational, reasonable, not arbitrary or capricious, and otherwise in compliance with the law.

## FIFTH DEFENSE

The complaint and all counts thereof are barred by collateral estoppel, *res judicata*, waiver and/or release.

## SIXTH DEFENSE

The complaint and all counts thereof are barred by laches and/or the applicable the statute of limitations.

## SEVENTH DEFENSE

All local law claims are barred by failure to comply with D.C. Official Code § 12-309.

## SET OFF

Defendant demands a set-off against any judgment rendered against it for any and all payments or other benefits provided to or on behalf of Plaintiffs.

## JURY TRIAL

Defendant District of Columbia demands a trial by jury on all issues so triable.


Respectfully submitted,

PETER J. NICKLES
Acting Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


  /s/ Ellen Efros
ELLEN EFROS, D.C. Bar No. 250746
Chief, Equity Section I

|  |  |
|---|---|
| **AUGUST 1, 2008** | */s/ Jacques P. Lerner*<br>JACQUES P. LERNER, D.C. Bar No. 440998<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Washington, D.C.  20001<br>Direct Dial:  (202) 724-1342<br>Fax:  (202) 727-0431<br>Email: jacques.lerner@dc.gov |

## CERTIFICATE OF SERVICE

I hereby certify that, on August 1, 2008, I caused the foregoing document to be filed with the Clerk of the Court using the ECF system, which will send notification of such filing to:

Robert E. Deso, Esq.
1828 L Street, N.W., Suite 660
Washington, D.C.  20036


   */s/ Jacques P. Lerner*
JACQUES P. LERNER