UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**MICHAEL J. ABATE,** *et al.*         *

         **Plaintiffs,**         *

         **v.**         *         Civil No. 08-001265 (HHK)

**DISTRICT OF COLUMBIA**         *

         **Defendant.**         *

_____*


## PLAINTIFFS' CONSENT MOTION TO RESCHEDULE
## INITIAL SCHEDULING CONFERENCE

Plaintiffs, with the consent of the defendant, hereby move the Court to reschedule the Initial Scheduling Conference, now set for September 5, 2008, to any of the following dates - September 29, September 30, October 1, October 2, October 3. Both counsel will be available on any of these dates.

The grounds for the Motion are as follows: The Scheduling Order was issued on August 13, 2008. This leaves 15 work days prior to the Scheduling Conference on September 5. Plaintiffs' counsel will be visiting with family in Oregon from August 14 through August 26. Defendant's counsel will be out-of-town from August 22 through September 3. Thus, it will be impossible for counsel to meet and confer and to submit a Joint Statement as required by LCvR 16.3 prior to September 5, 2008. Counsel have conferred initially by telephone and do not anticipate a problem in preparing a Joint

Statement upon their return to the City. Accordingly, it is requested that the Initial Scheduling Conference be rescheduled to one of the alternative dates proposed by the parties, or to a date thereafter if necessary.

                        DESO & BUCKLEY, P.C.

                By:    /s/ Robert E. Deso
                        Robert E. Deso, #175185
                        1828 L Street, N.W.
                        Suite 660
                        Washington, D.C.  20036
                        (202) 822-6333
                        (202) 822-6665 - Fax
                        redeso@dtswlaw.com
                        Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th August, 2008, a copy of the foregoing Plaintiffs' Consent Motion to Reschedule Initial Scheduling Conference and proposed Order was filed electronically with the Court and mailed, postage prepaid, to:

        Jacques P. Lerner, Esquire
        Assistant Attorney General
        441 Fourth Street, N.W.
        Washington, D.C.  20001
        Attorney for Plaintiff

                        /s/ Robert E. Deso
                        Robert E. Deso

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**MICHAEL J. ABATE,** *et al.*         *

         **Plaintiffs,**         *

    **v.**         *         Civil No. 08-001265 (HHK)

**DISTRICT OF COLUMBIA**         *

         **Defendant.**         *

_____*

## O R D E R

Upon consideration of Plaintiffs' Consent Motion to Reschedule Initial Scheduling Conference, the pleadings and the record herein, and for good cause shown, it is this ____ day of _____, 2008

ORDERED that the Motion is granted; and it is

FURTHER ORDERED that the Initial Scheduling Conference set for September 5, 2008 be continued to _____.

SO ORDERED.

                                                                 _____
                                                                 Henry H. Kennedy, Jr., Judge
                                                                 United States District Court for the
                                                                     District of Columbia

Copies to:

Robert E. Deso
1828 L Street, N.W.
Suite 660
Washington, D.C.  20036
redeso@dtswlaw.com
Attorney for Plaintiffs

Jacques P. Lerner, Esquire
Assistant Attorney General
441 Fourth Street, N.W.
Washington, D.C.  20001
jacques.lerner@dc.gov
Attorney for Defendant